IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| NATHAN DARRELL NEIGHBORS | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-395 |
| CAROLYN VAN WINKLE | § | |

**MEMORANDUM OPINION REGARDING TRANSFER**

Plaintiff Nathan Darrell Neighbors, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against Carolyn Van Winkle. Plaintiff alleges the defendant is employed by the Tarrant County Medical Examiner.

The lawsuit was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrates.

Discussion

The Civil Rights Act, 42 U.S.C. § 1981, *et seq*., under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. *Jones v. Bailey*, 58 F.R.D. 453 (N.D. Ga. 1972); *aff'd per curiam*, 480 F.2d 805 (5th Cir. 1973).

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and

in the interest of justice, a district court may transfer any civil action to any other district where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Plaintiff complains of events that allegedly occurred in Tarrant County, Texas. The events that form the basis of the complaint did not occur within the Eastern District of Texas, nor does the defendant reside here. As a result, the Eastern District of Texas is not the proper venue for this action. The court has considered the circumstances and has determined that the interests of justice would be served by transferring the case to the district where the claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas.

**SIGNED** this   2   day of _____ July _____ , 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE